STEPHEN K. LEWIS, ESQ.
Nevada Bar No. 7064
6970 O'Bannon Dr.
Las Vegas, Nevada 89117
E-mail: slewis@trpnppo.com
Attorney for Plaintiff, Three Rivers Provider Network, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THREE RIVERS PROVIDER NETWORK, INC., a Nevada corporation,<br><br>        Plaintiff,<br><br>v.<br><br>MEDICAL COST CONTAINMENT PROFESSIONALS, LLC, a California limited liability company; DANIEL AYALA, an individual; JARRED PIERCE, an individual; FRANK WHELAN, an individual; DOE INDIVIDUALS 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:18-CV-00135-JCM-GWF<br><br>**~~PROPOSED~~ ORDER REGARDING STIPULATION TO STAY DISCOVERY PENDING THE COURT'S ORDER ON DEFENDANTS' MOTION DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)** |

**1**
PROPOSED ORDER REGARDING STIPULATION TO STAY DISCOVERY PENDING THE COURT'S ORDER ON
MOTION TO DISMISS

IT IS HEREBY ORDERED as follows:

All discovery pursuant to the Federal Rules of Civil Procedure, including the Federal Rule of Civil Procedure 26(f) conference, is stayed until the Court issues a ruling/order on Defendants' Motion to Dismiss for Lack of Personal Jurisdiction.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-16-2018